**THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE MARK A. BARNETT, CHIEF JUDGE**

|  |  |
|---|---|
| HYUNDAI STEEL COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) Court No. 22-00170 |
| Defendant, | ) |
| and, | ) |
| NUCOR CORPORATION, and GOVERNMENT OF THE REPUBLIC OF KOREA, | ) |
| Defendant-Intervenors. | ) |

**MOTION FOR ORAL ARGUMENT**

Pursuant to Rules 7(c) and 56.2(e) of the Rules of this Court and in accordance with the Court's March 6, 2023 Scheduling Order, ECF No. 33, Plaintiff Hyundai Steel Company ("Plaintiff") hereby files this motion for oral argument in this action.

Plaintiff believes oral argument is appropriate on the issue of whether the U.S. Department of Commerce's ("Commerce") determination that the provision of carbon emission permits to Plaintiff Hyundai Steel Company constitutes a countervailable subsidy is unsupported by substantial evidence and not in accordance with law. The briefs filed in this case demonstrate that this issue is complex, and we respectfully submit that oral argument would help clarify the respective parties' arguments for the Court.

Pursuant to Rule 7(b), Plaintiff consulted with the other parties to this case prior to filing this motion. Specifically, on July 5, 2023, Sosun Bae, counsel for the Defendant, United States,

1

Daniel M. Witkowski, counsel for Defendant-Intervenor, the Government of the Republic of Korea ("GOK"), and Theodore P. Brackemyre, counsel for Defendant-Intervenor, Nucor Corporation, indicated that Defendant, the GOK, and Nucor Corporation take no position regarding this motion but defer to the Court regarding oral argument.

For the reasons discussed above, Plaintiff respectfully requests that this motion be granted and that the Court schedule oral argument in this case. A proposed order is attached to this motion.

Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas III
Jordan L. Fleischer
Nicholas C. Duffey

MORRIS, MANNING & MARTIN LLP
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005

*Counsel to Plaintiff Hyundai Steel Company*

Dated: July 7, 2023

**THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| HYUNDAI STEEL COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) Court No. 22-00170 |
| Defendant, | ) |
| and, | ) |
| NUCOR CORPORATION, and GOVERNMENT OF THE REPUBLIC OF KOREA, | ) |
| Defendant-Intervenors. | ) |

**ORDER**

Upon consideration of Plaintiff's motion for oral argument in this action, it is hereby:

**ORDERED** that Plaintiff's motion is granted; and it is further

**ORDERED** that the oral argument in the above-captioned case is scheduled for

_____.

**SO ORDERED.**

_____
Honorable Mark A. Barnett, Chief Judge

Dated: _____, 2023
      New York, NY

1