

August 10, 2023

Via Electronic Filing

To:   The Honorable Judge Mark A, Barnett, United States Court of International Trade

RE:   Stephen ("Steve") Morrison, Texas Rules of Disciplinary Conduct 1.11

Dear Chief Judge Barnett,

 Stephen Morrison has accepted the position as Associate with Morris, Manning & Martin LLP ("Firm").  Steve confirms that he has advised you of this offer of employment, and has confirmed with us his anticipated start date of August 14, 2023.

 Steve's previous employment as law clerk at the United States Court of International Trade ("Court") has him personally disqualified from several Firm matters under Texas Rules of Disciplinary Conduct 1.11.  Under Rule 1.11, a lawyer shall not represent anyone in connection with a matter in which the lawyer participated personally and substantially as a law clerk, unless all parties to a proceeding are given prompt written notice.  Further, the Rule states that if a lawyer is disqualified, no lawyer in the firm with which the lawyer is associated may knowingly undertake or continue representation in the matter unless:

(1) the disqualified lawyer is screened from any participation in the matter and is apportioned no part of the fee therefrom; and

(2) written notice is promptly given to the appropriate tribunal to enable it to ascertain compliance with the provisions of this rule.

 Steve has confirmed that he worked personally and substantially on the following cases, *In Re Section 301 Cases* (1:21-cv-00052-3JP)*, Hyundai Steel Company v. United States* (1:22-cv-00170-MAB), *Nucor Corporation v. United States* (1:21-cv-00182-MAB), pending in the US Court of International Trade.

 To prevent imputed disqualification and continue in our representation as Counsel before United States Court of International Trade, and in accordance with Rule 1.11, the Firm will take the following necessary steps:

(1) Have Steve confirm in writing that he has notified Chief Judge Mark A. Barnett of his employment offer with the Firm;

15989824 v1

Phone: 404.233.7000  |  www.mmmlaw.com
1600 Atlanta Financial Center  |  3343 Peachtree Road, NE  |  Atlanta, Georgia 30326
Atlanta  •  Columbus  •  Raleigh-Durham  •  Savannah  •  Washington, DC

(2) Implement an ethical screen and circulate a memorandum to all MMM lawyers and staff, including the Information Technology group, involved with the three Firm matters prior to Steve's start date;

(3) Ensure that Steve is not apportioned any fees therefrom;

(4) Prohibit Steve from speaking to Firm lawyers and staff regarding these matters, and prohibit Firm lawyers and staff from discussing these matters in Steve's presence; and

(5) Ensure Steve has no access to the applicable files related to these matters.

By copy of this letter, we are notifying all parties involved in this matter.

Sincerely Yours,

/s/ R. Will Planert
R. Will Planert, Partner
Seslee Smith, General Counsel
Morris, Manning & Martin LLP

15989824 v1