FORM 18A-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

_____
                                                         )
HYUNDAI STEEL COMPANY,                  )
                                                         )
                    Plaintiff,                      )
                                                         )
         v.                                            )
                                                         )         Court No. 22-00170
UNITED STATES,                                 )
                                                         )
                    Defendant,                    )
                                                         )
         and                                          )
                                                         )
NUCOR CORPORATION,                       )
                                                         )
                    Defendant-Intervenor.    )
_____)

### NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)

**PLEASE TAKE NOTICE** that Hendricks Valenzuela, an attorney with the

U.S. Department of Commerce, who previously entered an appearance on

behalf of defendant United States in this action, is no longer participating in this

action.  Please remove his CM/ECF access to business proprietary information

and assure that he is no longer served with business proprietary information.


Date: July 31, 2024                              s/Hendricks Valenzuela____
                                                          Hendricks Valenzuela
                                                          Attorney
                                                          Office of the Chief Counsel
                                                           for Trade Enforcement & Compliance
                                                          U.S. Department of Commerce
                                                          1401 Constitution Avenue N.W.
                                                          Washington, D.C. 20230
                                                          Tel: (202) 329-3648
                                                          Email: Hendricks.Valenzuela@trade.gov